IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYRONE ELLIS**                                                                           **PLAINTIFF**
**ADC #149250**

v.                            **CASE NO. 5:16-CV-00100 BSM**

**GORDON DAVIS, Nurse, Correct Care Solutions**              **DEFENDANT**

## ORDER

The recommended disposition [Doc. No. 62] submitted by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety, defendant Gordon Davis's motion for summary judgment [Doc. No. 42] is granted, and plaintiff Tyrone Ellis's inadequate medical care claim against Davis is dismissed with prejudice. It is further certified that an *in forma pauperis* appeal from this order and judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 30th day of January 2018.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE