## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TYRONE ELLIS**  PLAINTIFF
**ADC #149250**

v.  CASE NO. 5:16-CV-00100 BSM

**GORDON DAVIS, Nurse, Correct Care Solutions**  DEFENDANT

### JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE